**Dismissed; Opinion Filed September 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00454-CV

## SHAHRAM MOTLAGH D/B/A UNITED AUTO FINANCE GROUP, Appellant
## V.
## AUCTION CREDIT ENTERPRISES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01381**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated August 16, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


_/Robbie Partida-Kipness/_
ROBBIE PARTIDA-KIPNESS
JUSTICE


190454F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHAHRAM MOTLAGH D/B/A UNITED AUTO FINANCE GROUP, Appellant

No. 05-19-00454-CV      V.

AUCTION CREDIT ENTERPRISES, LLC, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-01381.
Opinion delivered by Justice Partida-Kipness. Justices Bridges and Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee AUCTION CREDIT ENTERPRISES, LLC recover its costs of this appeal from appellant SHAHRAM MOTLAGH D/B/A UNITED AUTO FINANCE GROUP.

Judgment entered this 27th day of September, 2019.